UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
ANA MARIA JOHNSON                          Case No.: 14-11424-AJC
                                           Chapter 13

          Debtor(s).
_____/

### MOTION TO MODIFY PLAN AND CONFIRM MODIFIED PLAN AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

COME(S) NOW the Debtor(s), ANA MARIA JOHNSON, by and through the undersigned attorney, and moves this court to allow the debtor(s) to modify their plan, and for the court to confirm the modified plan and would state as follows:

1.   The debtor(s) is current under the presently confirmed plan and are asking the Court to allow the modified plan to specifically state surrender language to Nationstar Mortgage LLC in the other provisions section of the confirmed plan as the Debtor is surrendering the subject property directly to creditor outside of the plan.

2.   The proposed modified plan is attached.

3.   No creditor would be prejudiced in that the debtor(s) have paid a substantial amount into the plan, and is/are paying the secured creditor in full. The modifications are made in good faith.

WHEREFORE, the Debtor(s) pray that this court grant the relief requested based on the aforementioned grounds.

### CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

      I hereby certify that a copy of the foregoing Motion and Notice of Hearing subsequently generated by the court after the filing of the instant motion was served in the manner described below, on   November 15, 2016  , upon:

<u>Via CM/ECF:</u>

Shaina M Druker on behalf of Creditor Nationstar Mortgage LLC
FloridaBKLegal@brockandscott.com,
FLBKECF@brockandscott.com;WBECF@brockandscott.com

Christopher Giacinto on behalf of Creditor Nationstar Mortgage LLC
cgiacinto@logs.com, electronicbankruptcynotices@logs.com

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov


<u>Via US Mail</u>:

Jefferson Capital Systems LLC
PO Box 7999
St Cloud, MN 56302

All other parties of record

                *Law Offices of*
                NOWACK & OLSON, PLLC
                Attorney for Debtor(s)
                8551 Sunrise Blvd., Suite 208
                Plantation, FL 33322
                (954) 349-2265

                <u>/s/ Mitchell J. Nowack</u>
                MITCHELL J. NOWACK, ESQ.
                Florida Bar Number: 099661

                <u>/s/ Christian J. Olson</u>
                CHRISTIAN J. OLSON, ESQ.
                Florida Bar Number: 121436