UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___1ST___ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

DEBTOR: __ANA MARIA JOHNSON__   JOINT DEBTOR:_____   CASE NO.:__14-11424-AJC__
Last Four Digits of SS#_____   Last Four Digits of SS#_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __48__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $__193.94__ for months __1__ to __33__;
   B.   $__215.68__ for months __34__ to __48__; in order to pay the following creditors:

Administrative: Attorney's Fee - $__5,075.00__    TOTAL PAID $__275.00__
           Balance Due   $__4,800.00__   payable $__102.42__/month (Months __1__ to __33__)
                                          $__94.67__/month (Months __34__ to __48__)

Fee Itemization: $3,500.00 base attorney fees, $275.00 Costs; $775.00 Motion to Value; $525.00 Motion to Modify

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Sunset Shores, HOA__              Arrearage on Petition Date $__Stripping Arrears__
Address: __POB 628207__
         __Orlando, FL 32862-8207__    Regular Payment $__86.85__/month (Months __1__ to __33__)
                                       Regular Payment $__61.74__/month (Months __34__ to __48__)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| SUNSET SHORES HOA | 7212 SW 149 CT MIAMI, FL $127,893.00 | N/A | N/A | N/A | Stripping Arrears Wholly unsecured |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____   Total Due $_____
                         Payable  $_____/month (Months 1___ to ____)
                         Payable  $_____/month (Months____ to ____)

Unsecured Creditors: Pay $__37.70__/month (Months __34__ to __48__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. Debtor will surrender real property located at 7212 SW 149 Ct., Miami, FL 33193 directly to secured creditor Nationstar Mortgage LLC directly outside of the plan.

2. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 5% over the previous year's income

___/s/ **FILED ECF**_____    Date:11/15/16
Nowack &Olson, PLLC with knowledge and consent of the Debtor(s)

LF-31 (rev. 12/01/09)